To view the full contents of this document, you need a later version of the PDF viewer. You can upgrade to the latest version of Adobe Reader from www.adobe.com/products/acrobat/readstep2.html

For further support, go to www.adobe.com/support/products/acrreader.html

Case 18-20340    Doc 41    Filed 05/12/20    Entered 05/12/20 15:46:37    Desc Main
Document    Page 1 of 1